Opinion by DONLON, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiffs was sustained.

**No. 59800.**—C. J. Tower & Sons *v.* United States, protests 169050–K and 180706–K
   (Buffalo).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

**No. 59801.**—E. Dillingham, Inc. *v.* United States, protests 173075–K, etc.
   (Ogdensburg).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

**No. 59802.**—C. S. Emery & Company *v.* United States, protest 176741–K
   (St. Albans).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

**No. 59803.**—John V. Carr & Son *v.* United States, protest 194254–K (Detroit).